**IN THE SUPREME COURT OF TENNESSEE**

**AT NASHVILLE**

JANICE HOLDER,                                     )
                                                  )
    Plaintiff/Appellee,                            )
                                                  )
                                                  )
Vs.                                               )          Davidson Chancery
                                                  )
                                                  )
TENNESSEE JUDICIAL                                )          No. 01S01-9610-CH-00211
SELECTION COMMISSION                              )
and GEORGE T. LEWIS, III, ESQ.                    )
In his Official Capacity as Chairperson           )
of the Tennessee Judicial Selection               )
Commission,                                       )
                                                  )
    Defendant/Appellee.                            )

**FILED**

**December 2, 1996**

**Cecil W. Crowson**
**Appellate Court Clerk**

## ORDER

The petition to rehear is denied.

ENTER this the 2nd day of December, 1996.

PER CURIAM